UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER COOLEY,<br>    Plaintiff, | Case No. 1:23-cv-00080<br>Hopkins, J.<br>Litkovitz, M.J. |
| vs. | |
| SUNOCO, LLC, et. al.,<br>    Defendants. | **ORDER** |

This matter is before the court on plaintiff's motion for entry of default against defendants DSHAMAA, LLC and Williamsburg Property Management, LLC.  (Doc. 29).  For the reasons that follow, the motion is granted.

Plaintiff initiated this action against defendants pursuant to Title III of the Americans with Disabilities Act, 42 U.S.C. § 12182, and Ohio Revised Code § 4112.01(A)(13), alleging discrimination based on disability.  (Doc. 1).  On December 4, 2023, the Court ordered defendants DSHAMAA, LLC and Williamsburg Property Management, LLC to retain new counsel by January 5, 2024, after their previous counsel was permitted to withdraw.  (Doc. 25). Defendants DSHAMAA, LLC and Williamsburg Property Management, LLC failed to retain new counsel by the Court's deadline.  (Doc. 28).  On February 23, 2024, the Court issued an Order to Show Cause for defendants' failure to retain new counsel.  (Doc. 28).  To date, defendants have not responded to the Court's Order to Show Cause.

On April 9, 2024, plaintiff filed a motion for entry of default against defendants DSHAMAA, LLC and Williamsburg Property Management, LLC in accordance with Rule 55 of the Federal Rules of Civil Procedure.  (Doc. 29).  For good cause shown, the motion is

**GRANTED.**

The Clerk of Court is **DIRECTED** to enter default as to defendants DSHAMAA, LLC and Williamsburg Property Management, LLC on the docket of the Court.

**IT IS SO ORDERED.**

Date: 8/30/2024

Karen L. Litkovitz
United States Magistrate Judge