**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

CHRISTOPHER COOLEY, : 
 : 
    *Plaintiff,* : Case No. 1:23-cv-80
 : 
vs. : Judge Jeffery P. Hopkins
 : 
SUNOCO, LLC, *et al.*, : 
 : 
    *Defendants.* : 

## ORDER ADOPTING REPORT AND RECOMMENDATION

    This matter is before the Court on the Report and Recommendation (Doc. 37) issued by Chief Magistrate Judge Karen L. Litkovitz on November 14, 2024. The Magistrate Judge recommends that this Court grant the Joint Motion (Doc. 36) filed by Plaintiff and the Sunoco Defendants, and thereby dismiss the Sunoco Defendants with prejudice. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.

    Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the fact of the record in order to accept the recommendation"); *see e.g., Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio Oct. 28, 2022). Accordingly, the Sunoco Defendants are hereby **DISMISSED** with prejudice. As a result, Plaintiff's Motion to Compel (Doc. 30) is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated:  December 18, 2024

Hon. Jeffery P. Hopkins
United States District Judge